IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMANUEL DE JESUS RODRIGUEZ | : | |
| | : | |
| Petitioner, | : | 3:26-cv-2902 |
| | : | (JUDGE MARIANI) |
| v. | : | |
| | : | |
| JESSICA SAGE, WARDEN OF FCI LEWISBURG | : | |
| | : | |
| Respondent. | : | |

FILED
SCRANTON
OCT 15 2026
PER [signature]
DEPUTY CLERK

**ORDER**

**AND NOW, THIS** 15th **DAY OF OCTOBER 2026**, upon consideration of Petitioner Emanuel de Jesus Rodriguez's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and Respondent's response (Doc. 7), **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED.**

2. Respondent **SHALL IMMEDIATELY RELEASE** Petitioner Emanuel de Jesus Rodriguez from the custody of the Warden of FCI Lewisburg and **SHALL RETURN** to Petitioner all his personal belongings.

3. Respondent **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Monday, October 19, 2026, at 5:00 P.M.** confirming that Petitioner has been released from custody and that his personal belongings have been returned.

4. If Respondents elect to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondents must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk, before detention.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge